FILED

07/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0382

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                O R D E R

QUINCY SMITH,

     Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 9, 2021, within which to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2021